**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: A.R., A MINOR | : | No. 288 WAL 2022 |
| | : | |
| | : | |
| APPEAL OF: A.R., A MINOR | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: A.V., A MINOR | : | No. 289 WAL 2022 |
| | : | |
| | : | |
| APPEAL OF: A.V., A MINOR | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.